

# Fourth Court of Appeals
## San Antonio, Texas

September 24, 2014

No. 04-14-00215-CV

**METHODIST HEALTHCARE SYSTEM OF SAN ANTONIO, LTD., L.L.P.**
d/b/a Methodist Children's Hospital of South Texas, Robert Gonzalez, and Rodney Sheffield,
Appellants

v.

Emily **BELDEN**,
Appellee

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-18164
Honorable David A. Canales, Judge Presiding

### ORAL ARGUMENT ADVISORY

The panel assigned to hear oral argument in this appeal requests that the parties be prepared to address this court's decision in *Jones v. King*, 255 S.W.3d 156 (Tex. App.—San Antonio 2008, pet. denied).

It is so **ORDERED** on September 24, 2014.

**PER CURIAM**

ATTESTED TO: _____
Keith E. Hottle, Clerk